UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA

UNITED STATES OF AMERICA,

            Plaintiff,                       02:10-CR-163-ECR-LRL

vs.                                      MINUTES OF COURT

SERGIO LOPEZ-AMBRIS,             Date:  September 10, 2010

            Defendant.
_____/

**PRESENT**: EDWARD C. REED, JR., SENIOR U. S. DISTRICT JUDGE

Deputy Clerk:  Colleen Larsen;  Reporter: None Appearing

U. S. Attorney, by: None Appearing

Counsel for Defendant: None Appearing

**MINUTE ORDER IN CHAMBERS**:

**IT IS HEREBY ORDERED** that the Motion to Retract Motion to Dismiss Counsel (#15), filed September 8, 2010, is DENIED, as moot.  There is no motion by defendant to dismiss counsel, pending before this Court.

LANCE S. WILSON, CLERK

By:___ /s/_____
                         Deputy